IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY, | |
| **Plaintiff,** | |
| v. | Case No. 19-cv-259-RAW |
| KCHM, INC., f/k/a FDH, INC., and KCHM & ASSOCIATES, INC., f/k/a FDH ENGINEERING, INC., | |
| **Defendants,** | |
| AND | |
| AMERISURE INSURANCE COMPANY, | |
| **Intervenor.** | |

**JOINT NOTICE OF SETTLEMENT**

The parties hereby notify this Court that the parties hereto have reached an agreement to resolve their differences regarding all claims that were or could have been made in this litigation. Accordingly, the parties respectfully jointly request that this Court enter an order suspending proceedings herein until either a stipulated dismissal is filed or forty-five (45) days pass, whichever comes first.

1

Respectfully submitted,

/*Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick, OBA #14713
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK  74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

**ATTORNEYS FOR PLAINTIFF**

**AND**

/s/ Elaine M. Moss (by permission)
Elaine M. Moss, *pro hac vice*
Derek H. MacKay, *pro hac vice*
Knight Nicastro MacKay, LLC
304 W. 10th Street
Kansas City, MO 64105
(816) 396-0161 Telephone
(816) 396-6233 Facsimile
moss@knightnicastro.com
mackay@knightnicastro.com

and

**FRANDEN | FARRIS | QUILLIN GOODNIGHT + ROBERTS**
Joseph R. Farris, OBA #2835
Two West 2nd Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Telephone
(918) 584-3814 Facsimile
jfarris@tulsalawyer.com

**ATTORNEYS FOR DEFENDANT AND INTERVENOR**

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 4, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will generate notice of this filing to all counsel of record.

        */s/ Robert P. Fitz-Patrick*
        Robert P. Fitz-Patrick